1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE CATON, | Case No. CV 14-5101-PSG (AJWx) |
| Plaintiff, | |
| v. | **ORDER ON STIPULATED PROTECTIVE ORDER** |
| STRYKER SUSTAINABILITY SOLUTIONS, INC., a Delaware Corporation; STRYKER SALES CORPORATION, a Michigan Corporation; STRYKER CORPORATION, a Michigan Corporation; HOWMEDICA OSTEONICS CORPORATION, a New Jersey Corporation; CORIN GROUP PLC, an England Public Limited Company; CORIN USA LIMITED, a Florida Corporation; and Does 1-50, inclusive, | [Stipulated Protective Order Filed Concurrently]<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Magistrate Judge: Hon. Andrew J. Wistrich |
| Defendants. | |

1
2
3
4    Having reviewed the parties' Stipulated Protective Order ("Protective Order") (ECF No. 66) in the above-entitled action, and for good cause shown, the Court **HEREBY APPROVES** the Protective Order.

5
6
7    **IT IS HEREBY ORDERED,** that the Protective Order is entered as an Order of the Court.

8
9
10   DATED:   8/19/15

11                                              _____
                                                United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

[PROPOSED] ORDER
CASE NO. 14-5101-PSG (VBKx)